IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COMMISSARY OPERATIONS, INC., | ) | Case No. 308-06279 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Harrison |
| | ) | |
| COMMISSARY OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No.: 3:09-ap-00299 |
| | ) | |
| NATIONAL STEAK PROCESSORS, INC. dba | ) | |
| NATIONAL STEAK AND POULTRY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW ADVERSARY PROCEEDING

Commissary Operations, Inc. (the "Debtor" or the "Plaintiff") respectfully moves to withdraw adversary proceeding number 3:09-ap-00299 and strike it from the docket. The main case information was incorrectly identified when filing the complaint and commencing this adversary proceeding, and the adversary proceeding was mistakenly associated with NuKote International, Inc., Case No. 09-06240. Based on instructions from the Office of the Clerk of the Bankruptcy Court, Debtor re-filed the Complaint under the correct main case number, and it was assigned adversary proceeding number 3:09-ap-00306.

WHEREFORE, Debtor respectfully requests that this adversary proceeding be withdrawn and stricken from the docket, without prejudice.

419025-1

Respectfully submitted,

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

/s/ Tracy M. Lujan
Glenn B. Rose
David P. Cañas
Tracy M. Lujan
315 Deaderick Street, Suite 1800
Nashville, TN 37238
Telephone: 615-256-0500
Facsimile: 615-251-1058
Email: gbr, dpc or tml@h3gm.com

Attorneys for the Debtor