IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COMMISSARY OPERATIONS, INC., | ) | Case No. 308-06279 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Harrison |
| | ) | |
| | ) | |
| COMMISSARY OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No.: 3:09-ap-00299 |
| | ) | |
| NATIONAL STEAK PROCESSORS, INC. dba | ) | |
| NATIONAL STEAK AND POULTRY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW ADVERSARY PROCEEDING**

Upon the motion of Commissary Operations, Inc. (the "Debtor" or the "Plaintiff") to withdraw adversary proceeding number 3:09-ap-00299, the Court finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the request to withdraw adversary proceeding 3:09-ap-00299, without prejudice, is hereby granted. The Clerk of the Court is instructed to strike adversary proceeding 3:09-ap-00299 from the docket.

419030-1

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

<u>/s/ Tracy M. Lujan</u>
Glenn B. Rose
David P. Cañas
Tracy M. Lujan
315 Deaderick Street, Suite 1800
Nashville, TN  37238
Telephone: 615-256-0500
Facsimile: 615-251-1058
Email: gbr, dpc or tml@h3gm.com

Attorneys for the Debtor