IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| COMMISSARY OPERATIONS, INC., ) | Case No. 308-06279 |
| ) | Chapter 11 |
| Debtor. ) | Judge Harrison |
| ) | |
| ) | |
| COMMISSARY OPERATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No.: 3:09-ap-00299 |
| ) | |
| NATIONAL STEAK PROCESSORS, INC. dba ) | |
| NATIONAL STEAK AND POULTRY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO REFUND FILING FEE**

Upon the motion of Commissary Operations, Inc. (the "Debtor" or the "Plaintiff") for a refund of the filing fee of Two-hundred and Fifty dollars ($250.00) paid in the above-captioned adversary proceeding, the Court finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the request for a refund of the filing fee of Two-hundred and Fifty dollars ($250.00) is granted. The Clerk of the Court is directed to refund the $250.00 to counsel for Debtor, Harwell Howard Hyne Gabbert & Manner, P.C.

419029-1

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

/s/ Tracy M. Lujan
Glenn B. Rose
David P. Cañas
Tracy M. Lujan
315 Deaderick Street, Suite 1800
Nashville, TN  37238
Telephone: 615-256-0500
Facsimile: 615-251-1058
Email: gbr, dpc or tml@h3gm.com

Attorneys for the Debtor

419029-1